IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
December 19, 2025
Laura A. Austin, Clerk
BY: /s/ K. Lokey
DEPUTY CLERK

| | |
|---|---|
| WILD VIRGINIA and POTOMAC RIVERKEEPER NETWORK, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 3:25cv100 |
| VIRGINIA DEPARTMENT OF ENVIRONMENTAL QUALITY, MICHAEL ROLBAND, in his official capacity as Director of Virginia Department of Environmental Quality, and UNITED STATES DEPARTMENT OF THE ARMY, U.S. ARMY GARRISON – FORT BELVOIR | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**

The United States of America, pursuant to 28 U.S.C. §§ 1442(a) and 1446(a), hereby notifies the Court of the removal of this action, currently pending in the Sixteenth Judicial Circuit for the City of Charlottesville, Virginia. In support of this Notice, the United States represents as follows:

1. There is a civil action now pending in the Circuit Court, City of Charlottesville, Virginia, entitled *Wild Virginia and Potomac Riverkeeper Network v. Virginia Department of Environmental Quality and United States Department of the Army, U.S. Army Garrison – Fort Belvoir,* Case Number 540CL25000818-00.[1] Service was made upon the Department of the Army (Army) through the Director of Public Works, Fort Belvoir, on December 10,

---

[1] The full case name is: *Wild Virginia and Potomac Riverkeeper Network v. Virginia Department of Environmental Quality, Michael Rolband, in his official capacity as Director of Virginia Department of Environmental Quality, and United States Department of the Army, U.S. Army Garrison – Fort Belvoir.* The Department of the Army is an agency for purposes of 28 U.S.C. § 1442(a)(1).

2025, attached hereto as Exhibit A. Plaintiffs filed this matter on December 1, 2025.[2]

2. The action is currently pending in the Sixteenth Judicial Circuit for the City of Charlottesville, Virginia, which is in the Charlottesville Division of the Western District of Virginia. In this case, Plaintiffs filed a petition for appeal under the Virginia Administrative Process Act based on VADEQ's issuance of a water discharge permit to Fort Belvoir under the Virginia Pollutant Discharge Elimination System. The petition for appeal is attached as Exhibit B.

3. 28 U.S.C. § 1442(a) provides that a civil action brought in a state court against the United States or any agency thereof for or relating to any act under color of such office may be removed to the District Court of the United States for the district and division embracing the place wherein it is pending.

4. 28 U.S.C. § 1446(a) states that a defendant seeking removal from a state court shall file a notice of removal stating grounds for removal along with all process, pleadings, and orders served upon such defendant.

Based upon the foregoing, the United States notifies the Court of its intention to remove this matter from the Circuit Court, City of Charlottesville, Virginia, to the United States District Court for the Western District of Virginia, Charlottesville Division.

### REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA

This civil action is removable to this Court under 28 U.S.C. §1442. The United States of America will file a copy of this Notice of Removal with the Clerk of the Circuit Court for the City of Charlottesville, Virginia, and give Plaintiffs written notice as required by 28 U.S.C. § 1446(d).

---

[2] In the state court filings, Wild Virginia and Potomac Riverkeeper Network are captioned as "appellants" while the Virginia Department of Environmental Quality (VADEQ) and the Army are captioned as "appellees."

                          Respectfully submitted,

                          ROBERT N. TRACCI
                          Acting United States Attorney

                          ADAM R.F. GUSTAFSON
                          Principal Deputy Assistant Attorney General

Date: <u>December 19, 2025</u>            */s/ Thomas V. Hughes*
                          THOMAS V. HUGHES
                          Special Assistant United States Attorney
                          South Carolina Bar No. 100647
                          Environment & Natural Resources Division
                          Environmental Defense Section
                          P.O. Box 7611
                          Washington, D.C. 20044
                          Telephone: (202) 532-3261
                          Facsimile: (202) 514-8865
                          E-mail: Thomas.Hughes2@usdoj.gov


                          /s/ *Krista Consiglio Frith*
                          KRISTA CONSIGLIO FRITH
                          Assistant United States Attorney
                          Virginia State Bar No. 89088
                          P.O. Box 1709, Roanoke, VA 24008-1709
                          Tel: (540) 857-2250
                          Fax: (540) 857-2283
                          Krista.Frith@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on December 19, 2025, I caused a true copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, and after filing, copies will be sent via the United States Postal Service, first class mail, to the following:

Claire Marie Horan
Appalachian Mountain Advocates
P.O. Box 403
Charlottesville, Virginia 22902

Llezelle A. Dugger, Clerk
Charlottesville Circuit Court
315 E. High St., #317
Charlottesville, VA 22902

                                                */s/ Thomas V. Hughes*
                                                Thomas V. Hughes
                                                Special Assistant United States Attorney