**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**Charlottesville Division**

| | |
|---|---|
| **WILD VIRGINIA** | ) |
| | ) |
| **and** | ) |
| | ) |
| **POTOMAC RIVERKEEPER** | ) |
| **NETWORK,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) **Case No. 3:25-cv-0100** |
| **VIRGINIA DEPARTMENT OF** | ) |
| **ENVIRONMENTAL QUALITY,** | ) |
| | ) |
| **MICHAEL ROLBAND,** | ) |
| in his official capacity, | ) |
| | ) |
| **and** | ) |
| | ) |
| **UNITED STATES DEPARTMENT OF** | ) |
| **THE ARMY,** | ) |
| | ) |
| **Defendants.** | ) |

<u>**MOTION FOR EXTENSION OF TIME**</u>
<u>**TO FILE RESPONSIVE PLEADING**</u>

Defendants the Virginia Department of Environmental Quality and Michael Rolband, in his official capacity (collectively, the "Virginia Defendants"), by counsel, and pursuant to Fed. R. Civ. P. 6 and Local Rule 11(c)(2)(b), hereby moves this Court to extend his time to respond to Plaintiff's Complaint (ECF. No. 1) ("Complaint") to January 14, 2026. In support, the Virginia Defendants state as follows:

1.    The Petition for Appeal was served upon defendant Michael Rolband, the Director of the Virginia Department of Environmental Quality on December 10, 2025.

2.    The United States Department of the Army (the "Army") removed the then state court action to this Court on December 19, 2025.

3.    Absent an extension of time for this Court, the Virginia Defendants are required to file a responsive pleading or motion within 21 days of service, which would be December 31, 2025. Fed. R. Civ. P. 81(c)(2)(A).

4.    Counsel for the plaintiffs has agreed, subject to this Court's approval, to grant the Virginia Defendants an extension of time to file any responsive pleading or motion until January 14, 2026.

5.    The Virginia Defendants request that this Court grant an extension of time to file a responsive pleading or motion by January 14, 2026. Granting this request will not prejudice the parties or delay this action, as the Army's response to the Petition for Appeal is not due until February 9, 2026.

6.    Good cause exists to grant this extension because counsel has had limited time to prepare responsive pleadings appropriate for federal court given the holiday office closures.

WHEREFORE, Defendants the Virginia Department of Environmental Quality and Michael Rolband, in his official capacity respectfully request that this Court grant this motion for an extension of time to file a responsive pleading until January 14, 2026, and enter the attached draft order.

Respectfully submitted,

FRANK ASCHMANN

By Counsel:   /s/ John D. Gilbody
John D. Gilbody* (VSB No. 42788)
Senior Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:   (804) 786-4319
Email: jgilbody@oag.state.va.us

Jason S. Miyares
Attorney General of Virginia

Steven G. Popps
Deputy Attorney General

John D. Gilbody* (VSB No. 42788)
Senior Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:   (804) 786-4319
Email: jgilbody@oag.state.va.us
*Counsel of Record for the Virginia
Department of Environmental Quality
and Michael Rolband

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2025, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system.

/s/ John D. Gilbody
John D. Gilbody* (VSB No. 42788)
Senior Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:   (804) 786-4319
Email: jgilbody@oag.state.va.us

3