UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **WILD VIRGINIA, et al.** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**VIRGINIA DEPARTMENT OF** )<br>**ENVIRONMENTAL QUALITY, et al.** )<br>)<br>**Defendants.** )<br>) | Case No. 3:25-cv-0100 |

## MOTION TO DISMISS PURSUANT TO RULE 12(b)(1)

The Virgina Department of Environmental Quality and Michael Rolband, in his official capacity, by counsel, move this Court to enter an Order dismissing this action against them pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. The basis for this motion is set forth in the supporting memorandum filed today with this Court.

Respectfully submitted,

Virginia Department of Environmental Quality and Michael Rolband

By Counsel: /s/ John D. Gilbody
John D. Gilbody* (VSB No. 42788)
Senior Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:   (804) 786-4319
Email: jgilbody@oag.state.va.us

Jason S. Miyares
Attorney General of Virginia

Steven G. Popps
Deputy Attorney General

John D. Gilbody* (VSB No. 42788)
Senior Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:    (804) 786-4319
Email: jgilbody@oag.state.va.us
*Counsel of Record for the Virginia
Department of Environmental Quality
and Michael Rolband*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/ John D. Gilbody
John D. Gilbody* (VSB No. 42788)
Senior Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:    (804) 786-4319
Email: jgilbody@oag.state.va.us