**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**Charlottesville Division**

| | |
|---|---|
| **WILD VIRGINIA, et al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 3:25-cv-0100 |
| | ) |
| **VIRGINIA DEPARTMENT OF** | ) |
| **ENVIRONMENTAL QUALITY, et al.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**MOTION TO DISMISS PURSUANT TO RULE 12(b)(1)**

The Virgina Department of Environmental Quality and Michael Rolband, in his official capacity, by counsel, move this Court to enter an Order dismissing this action against them pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. The basis for this motion is set forth in the supporting memorandum filed today with this Court.

    Respectfully submitted,

    Virginia Department of Environmental Quality and Michael Rolband

    By Counsel:  /s/ John D. Gilbody
    John D. Gilbody* (VSB No. 42788)
    Senior Assistant Attorney General
    Office of the Virginia Attorney General
    202 North 9th Street
    Richmond, Virginia 23219
    Telephone:     (804) 786-4319
    Email: jgilbody@oag.state.va.us

Jason S. Miyares
Attorney General of Virginia

Steven G. Popps
Deputy Attorney General

John D. Gilbody* (VSB No. 42788)
Senior Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone:     (804) 786-4319
Email: jgilbody@oag.state.va.us
*Counsel of Record for the Virginia
Department of Environmental Quality
and Michael Rolband*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 14, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

      /s/ John D. Gilbody
      John D. Gilbody* (VSB No. 42788)
      Senior Assistant Attorney General
      Office of the Virginia Attorney General
      202 North 9th Street
      Richmond, Virginia 23219
      Telephone:     (804) 786-4319
      Email: jgilbody@oag.state.va.us