IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| WILD VIRGINIA, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:25-cv-0100 |
| | ) | |
| VIRGINIA DEPARTMENT OF | ) | |
| ENVIRONMENTAL QUALITY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## UNITED STATES' MOTION TO DISMISS
## FOR LACK OF SUBJECT MATTER JURISDCITION

The United States, on behalf of the Department of the Army, moves this Court to enter an order dismissing this action pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction, based on Plaintiffs' failure to establish organizational standing in their own right or representational standing on behalf of their members.

A memorandum in support is contemporaneously filed.

                                                    Respectfully submitted,

                                                    ROBERT N. TRACCI
                                                    Acting United States Attorney

                                                    ADAM R.F. GUSTAFSON
                                                    Principal Deputy Assistant Attorney General

Date: <u>March 11, 2026</u>                       <u>/s/  Thomas V. Hughes</u>
                                                    THOMAS V. HUGHES
                                                    Special Assistant United States Attorney
                                                    South Carolina Bar No. 100647
                                                    Environment & Natural Resources Division
                                                    Environmental Defense Section
                                                    P.O. Box 7611
                                                    Washington, D.C. 20044
                                                    Telephone: (202) 532-3261

        Facsimile: (202) 514-8865
        E-mail: Thomas.Hughes2@usdoj.gov

        /s/ *Krista Consiglio Frith*
        KRISTA CONSIGLIO FRITH
        Assistant United States Attorney
        Virginia State Bar No. 89088
        P.O. Box 1709, Roanoke, VA 24008-1709
        Tel: (540) 857-2250
        Fax: (540) 857-2283
        Krista.Frith@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2026, I caused a true copy of the foregoing Motion for Extension of Time to Answer or Otherwise Plead to be electronically filed with the Clerk of the Court using the CM/ECF system, which will provide electronic notice to the following:

Claire Marie Horan
Appalachian Mountain Advocates
P.O. Box 403
Charlottesville, Virginia 22902

John D. Gilbody
Senior Assistant Attorney General
Office of the Attorney General
202 North 9th Street
Richmond, VA 23219

        /s/ *Thomas V. Hughes*
        Thomas V. Hughes
        Special Assistant United States Attorney