IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

WILD VIRGINIA, et al.,                     )
                                           )
        Plaintiffs,                        )
                                           )
v.                                         )       Case No. 3:25-cv-0100
                                           )
VIRGINIA DEPARTMENT OF                     )
ENVIRONMENTAL QUALITY, et al.,             )
                                           )
        Defendants.                        )

**MOTION FOR EXTENSION OF TIME TO FILE REBUTTAL**

Defendant United States respectfully requests an extension of time from April 22, 2026, to May 6, 2026, to file a rebuttal to Plaintiffs' brief in opposition to the United States' motion to dismiss. Counsel for Plaintiffs represent that they oppose this motion while counsel for Defendant Virginia Department of Environmental Quality represented that they do not.

In support of this motion, the United States states as follows:

1.      On December 10, 2025, U.S. Army Garrison – Fort Belvoir, was served with a summons and petition for appeal related to a water discharge permit issued by the Virginia Department of Environmental Quality ("VA DEQ"). ECF No. 1.

2.      On December 19, 2025, the United States removed the case to this Court. *Id*.

3.      On December 30, 2025, VA DEQ filed a motion for extension of time to file its answer, which was granted (ECF Nos. 4-5), and subsequently filed a motion to dismiss pursuant to Fed. R. Civ. P. 12 on January 14, 2026. ECF Nos. 9-11.

4.      On January 23, 2026, the United States filed an unopposed motion for extension of time to file its answer, which was granted (ECF Nos. 12-13), and then filed its own motion to dismiss pursuant to Fed. R. Civ. P. 12 on March 11, 2026. ECF Nos. 14-15.

1

5.      Plaintiffs filed a response in opposition to Defendants' motions to dismiss on April 1, 2026 ("Opposition"). ECF No. 16.

6.      On April 7, 2026, the United States filed an unopposed motion to extend its deadline to file a rebuttal to the Plaintiffs' Opposition motion from April 8, 2026, to April 22, 2026. ECF No. 17.

7.      On April 16, 2026, the United States contacted the other parties to request an additional extension to May 6, 2026. The basis for the request is that the United States recently identified a dispositive jurisdictional issue to raise and desires to have all motions before the court at once. However, raising this new issue requires internal coordination and drafting that the United States cannot complete by the current April 22 deadline. The government acknowledges that, once it raises the new issue, the other parties are entitled to reply.

8.      Though counsel, Plaintiffs have advised counsel for the United States that they oppose the extension and Defendant VA DEQ does not.

9.      Granting this request will not prejudice the parties but will allow the United States the additional time it needs to coordinate and bring all dispositive jurisdictional issues before the Court at one time. If the Court does not grant the request for extension, the United States will file its rebuttal on April 22, 2026, and intends to raise the new issue in a subsequent motion to dismiss. Thus, if the Court denies this extension motion, we respectfully request that the Court defer ruling on the pending motions to dismiss until the United States files its second motion to dismiss.

A proposed order has been submitted for the Court's convenience.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

Date:  April 17, 2026                      /s/  Thomas V. Hughes
                                           THOMAS V. HUGHES

Special Assistant United States Attorney
South Carolina Bar No. 100647
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Telephone: (202) 532-3261
Facsimile: (202) 514-8865
E-mail: Thomas.Hughes2@usdoj.gov


/s/ *Krista Consiglio Frith*
KRISTA CONSIGLIO FRITH
Assistant United States Attorney
Virginia State Bar No. 89088
P.O. Box 1709, Roanoke, VA 24008-1709
Tel: (540) 857-2250
Fax: (540) 857-2283
Krista.Frith@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2026, I caused a true copy of the foregoing Motion for Extension of Time to File Rebuttal to be electronically filed with the Clerk of the Court using the CM/ECF system, which will provide electronic notice to the following:

Claire Marie Horan
Appalachian Mountain Advocates
P.O. Box 403
Charlottesville, Virginia 22902

John D. Gilbody
Senior Assistant Attorney General
Office of the Attorney General
202 North 9th Street
Richmond, VA 23219

/s/  *Thomas V. Hughes*

Thomas V. Hughes
Special Assistant United States Attorney

4