**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

| | | |
|---|---|---|
| WILD VIRGINIA, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:25-cv-0100 |
| | ) | |
| VIRGINIA DEPARTMENT OF | ) | |
| ENVIRONMENTAL QUALITY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES' SECOND MOTION TO DISMISS
FOR LACK OF SUBJECT MATTER JURISDCITION**

The United States, on behalf of the Department of the Army, moves this Court to enter an

order dismissing the United States as a party, pursuant to Federal Rule of Civil Procedure 12(b)(1)

for lack of subject matter jurisdiction, based on the United States' assertion of sovereign immunity.

A memorandum in support is contemporaneously filed.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

Date:  June 10, 2026

*/s/   Thomas V. Hughes*
THOMAS V. HUGHES
Special Assistant United States Attorney
South Carolina Bar No. 100647
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Telephone: (202) 532-3261
Facsimile: (202) 514-8865
E-mail: Thomas.Hughes2@usdoj.gov

1

/s/ *Krista Consiglio Frith*
KRISTA CONSIGLIO FRITH
Assistant United States Attorney
Virginia State Bar No. 89088
P.O. Box 1709, Roanoke, VA 24008-1709
Tel: (540) 857-2250
Fax: (540) 857-2283
Krista.Frith@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2026, I caused a true copy of the foregoing Second Motion to Dismiss to be electronically filed with the Clerk of the Court using the CM/ECF system, which will provide electronic notice to the following:

Claire Marie Horan
Appalachian Mountain Advocates
P.O. Box 403
Charlottesville, Virginia 22902

John D. Gilbody
Senior Assistant Attorney General
Office of the Attorney General
202 North 9th Street
Richmond, VA 23219

/s/ *Thomas V. Hughes*

Thomas V. Hughes
Special Assistant United States Attorney

2