**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

| | | |
|---|---|---|
| WILD VIRGINIA, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:25-cv-0100 |
| | ) | |
| VIRGINIA DEPARTMENT OF | ) | |
| ENVIRONMENTAL QUALITY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO SUBSTITUTE COUNSEL OF RECORD**

Thomas V. Hughes, Special Assistant United States Attorney for Environment and Natural

Resources Division, Department of Justice, respectfully requests that the Court allow him to

withdraw as attorney of record for Defendant United States in this matter, and substitute Assistant

United States Attorney Laura Glickman in his place.

A proposed order is being submitted for the Court's convenience.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

Date:  July 1, 2026                  /s/  *Thomas V. Hughes*
THOMAS V. HUGHES
Special Assistant United States Attorney
South Carolina Bar No. 100647
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Telephone: (202) 532-3261
Facsimile: (202) 514-8865
E-mail: Thomas.Hughes2@usdoj.gov

1

/s/ *Laura Day Taylor*
LAURA DAY TAYLOR
Assistant United States Attorney
Virginia State Bar No. 94021
Illinois State Bar No. 6289334
P. O. Box 1709
Roanoke, VA 24008-1709
Telephone: (540) 857-2250
Facsimile: (540) 857-2283
E-mail: Laura.Taylor@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2026, I caused a true copy of the foregoing Motion to Substitute Counsel of Record to be electronically filed with the Clerk of the Court using the CM/ECF system, which will provide electronic notice to the following:

Claire Marie Horan
Appalachian Mountain Advocates
P.O. Box 403
Charlottesville, Virginia 22902

John D. Gilbody
Senior Assistant Attorney General
Office of the Attorney General
202 North 9th Street
Richmond, VA 23219

/s/ *Thomas V. Hughes*
Thomas V. Hughes
Special Assistant United States Attorney

2