**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division**

| | | |
|---|---|---|
| Wild Virginia and Potomac Riverkeeper Network, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 3:25-cv-100 |
| Virginia Department of Environmental Quality and United States Department of the Army, | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant United States Department of the Army respectfully requests that the Court extend the deadlines for Plaintiffs' supplemental brief and Defendants' response brief.

The Court has ordered Plaintiffs to file their supplemental brief by 5 p.m. EDT on September 24, 2026, and Defendants to file their response briefs by 5 p.m. EDT on October 8, 2026.

Due to pre-existing obligations in other cases, counsel for the Department of the Army respectfully requests a short extension of these deadlines:

October 5 by 5 p.m. EDT: Plaintiffs' brief due

October 28 by 5 p.m. EDT: Defendants' response briefs due

Plaintiffs and Defendant Virginia Department of Environmental Quality consent to this proposed modification of the briefing schedule.

Respectfully submitted,

Date: September 11, 2026

*<u>/s/ Laura J. Glickman</u>*
LAURA J. GLICKMAN
Senior Attorney
D.C. Bar No. 995597
Energy & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Telephone: (202) 598-3056
Facsimile: (202) 514-8865
E-mail: laura.glickman@usdoj.gov

<u>/s/ *Krista Consiglio Frith*</u>
KRISTA CONSIGLIO FRITH
Assistant United States Attorney
Virginia State Bar No. 89088
P. O. Box 1709
Roanoke, VA 24008-1709
Telephone: (540) 857-2250
Facsimile: (540) 857-2283
E-mail: Krista.Frith@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2026, I caused a true copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will provide electronic notice to all counsel of record.

*/s/ Laura J. Glickman*
LAURA J. GLICKMAN